311

No. 69046.—Everbest Jewelry Corp. v. United States, protest 59/7060 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 69047.—Magnesium Elektron, Inc. v. United States, protests 64/5085, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

Before the Third Division, January 28, 1965

No. 69048.—Engis Equipment Company v. United States, protests 62/2879–12721, etc. (Chicago).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the items marked "A" consist of diamond files, not over 2½ inches in length, similar in all material respects to those the subject of *J. E. Bernard & Co., Inc., et al.* v. *United States* (52 Cust. Ct. 56, C.D. 2436), the claim at 20 cents per dozen pieces under the provision in paragraph 362, as modified by the trade agreement with Switzerland (T.D. 48093), for files of whatever cut or kind, 2½ inches in length or under, was sustained.   The items marked "B," stipulated to consist of diamond files, over 2½ inches but not over 4½ inches in length, the same as the merchandise involved in C.D. 2436, *supra*, were held properly dutiable at 25 cents per dozen pieces under the provision in said paragraph, as modified, *supra*, for files of whatever cut or kind, over 2½ inches but not over 4½ inches in length, as claimed.